UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL POZMANTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INSTEVENT, INC. d/b/a VENUEBOOK,<br><br>　　　　　　Defendant. | Civil Action No. 1:18-cv-02151<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Plaintiff Daniel Pozmanter and Defendant Instevent, Inc. d/b/a VenueBook hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that any and all claims filed herein by plaintiff and/or against Defendant should be and hereby are dismissed with prejudice. Each party shall bear her or its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

By: _____
OWEN LAIRD, ESQ
**THE HARMAN FIRM, LLP**
381 Park Avenue South, Suite 1220
New York, New York 10016
Phone: (212) 425-2600
E-Mail: olaird@theharmanfirm.com
Attorneys for Plaintiff

By: _____
COLLEEN P. TANDY, ESQ
**FISHER & PHILLIPS LLP**
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
E-Mail: ctandy@fisherphillips.com
Attorneys for Defendant